UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W Spring St Rm 110
New Albany, IN 47150

SF13210 (rev 02/2017)

In re:

**Joshua J Zigler**,  Case No. **22–91113–AKM–13**
SSN: xxx–xx–8293     EIN: NA

    aka Joshua James Zigler
    3104 Tunnel Mill Rd
    Charlestown, IN 47111

**Lacy L Zigler**,
SSN: xxx–xx–2267     EIN: NA

    aka Lacy L Johannessen
    3104 Tunnel Mill Rd
    Charlestown, IN 47111
        Debtors.

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on December 2, 2022, by Debtor Joshua J Zigler and Joint Debtor Lacy L Zigler. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by January 3, 2023, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtors and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  December 6, 2022            Eric R. Kleis
                                                          Clerk, U.S. Bankruptcy Court