**SO ORDERED: December 6, 2022.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DEBTOR:   JOSHUA J ZIGLER
S.S. No:   xxx-xx-8293                                         CASE NO: 22-91113-AKM-13

### ORDER TO EMPLOYER TO PAY THE TRUSTEE

Upon representations of the trustee, or other interested party, the Court finds that:

The above-named debtor has pending in the Court a case for the adjustment of debts by an individual with regular income under the provisions of Chapter 13 of Title 11 United States Code and pursuant to said statute and the debtor's plan the debtor has submitted all or such portion of the debtor's future earnings or other future income to the supervision and control of this Court as may be necessary for the execution of the debtor's plan; and

That under the provisions of 28 U.S.C. §1461(e) this Court has exclusive jurisdiction over all property including the earnings from services performed by the debtor during the pendency of this case and pursuant to 11 U.S.C. §1325 (b) any entity from whom the debtor receives income shall pay all or any part of such income to the trustee as may be ordered by the Court.  A portion of the debtor's earnings from services are necessary for the execution of the debtor's plan.

NOW THEREFORE, IT IS ORDERED that until further order of this Court the employer of the said debtor:

**EIGHTTWENTY OKLAHOMA LLC
ATTN: PAYROLL DEPT - CONFIDENTIAL
1825 N WALNUT AVE
OKLAHOMA CITY, OK   73105-
TELEPHONE:**

shall deduct from the earnings of said debtor the sum of **$112.85** each **Weekly** pay period beginning on the next pay day following the receipt of this order and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, termination or other benefits arising out of present of past employment of the debtor, and to <u>remit forthwith the sums so deducted to the Trustee</u> appointed herein or his successor in interest as follows:

**JOSEPH BLACK, JR., CHAPTER 13 TRUSTEE
OFFICE OF THE STANDING TRUSTEE
PO BOX 440
MEMPHIS, TN   38101-0440
(812) 524-7211**

IT IS FURTHER ORDERED that the employer shall notify the Trustee if/when this employee is no longer working for them.  **This Order is not subject to State or Federal garnishment laws and *no processing fee is allowed or authorized to be deducted from the employee's wages.***

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this Court be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction on account of garnishment, a wage assignment or other involuntary attachments not specifically authorized by the court be made from the earnings of said debtor.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer in this case.

###

JMB