# United States Bankruptcy Court
## Southern District of Indiana

In re: **Joshua J Zigler / Lacy L Zigler**, Debtor(s)

Case No. **22-91113-AKM**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-8293**

Joint Debtor's Social Security Number: **xxx-xx-2267**

**The Debtor's Former Mailing Address and Telephone Number was:**

Name: **Joshua J Zigler and Lacy L Zigler**
Street: **3104 Tunnel Mill Rd**
City, State and Zip: **Charlestown, IN 47111**
Telephone #: **(405) 887-4191**

**Please be advised that effective August 11, 2023 the Debtor's new mailing address and telephone number is:**

Name: **Joshua J Zigler and Lacy L Zigler**
Street: **1439 Greenbriar Drive**
City, State and Zip: **Norman, OK 73072**
Telephone #: **(405) 887-4191**

/s/ Lloyd E. Koehler
**Lloyd E. Koehler**
**Attorney for the Debtors**
**400 Pearl St., Suite 200**
**New Albany, IN 47150**
**(812) 949-2211**
**LloydKoehler@hotmail.com**