SO ORDERED: August 17, 2023.



**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DEBTOR:   JOSHUA J ZIGLER

S.S. No: **xxx-xx-8293**

CASE NO: 22-91113-AKM-13

### ORDER TERMINATING WAGE ASSIGNMENT

The Court, having reviewed the record in the above captioned case, and being duly advised, FINDS that the wage assignment order heretofore issued to the employer of the debtor in favor of the Chapter 13 Trustee should be terminated.

THEREFORE, it is ORDERED, ADJUDGED and DECREED that the wage assignment order heretofore issued to the employer of the debtor, to wit:

**EIGHTTWENTY OKLAHOMA LLC**
**ATTN: PAYROLL DEPT - CONFIDENTIAL**
**1825 N WALNUT AVE**
**OKLAHOMA CITY, OK  73105-**
**TELEPHONE:**

in favor of the Chapter 13 Trustee shall be, and hereby is, ***terminated.***

###

JMB