UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   JOSHUA J ZIGLER
         LACY L ZIGLER
DEBTOR                                                        CASE NO.: 22-91113-AKM-13

## TRUSTEE'S MOTION TO DISMISS

Comes now the Chapter 13 Trustee, Joseph M. Black, Jr., ("Trustee") and requests the Court to dismiss this case without prejudice. In support of this Motion, the Trustee states that the Debtors have failed to make timely payments and are now delinquent $1,053.09 through October 2023. No payments have been received since August 15, 2023.

WHEREFORE, the Trustee requests the Court to dismiss this case without prejudice.

Dated: November 15, 2023

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812)524-7211
Fax:    (812)523-8838
Email: jmblack.mtd@trustee13.com

## NOTICE OF MOTION TO DISMISS

Please take notice that parties in interest shall have **twenty-one (21) days from the date this Notice is served** to file an objection to the foregoing TRUSTEE'S MOTION TO DISMISS filed herein. However, if you were served by mail, your deadline for filing a written objection is extended for 3 additional days. If you mail your objection to the court, you must mail it early enough so the court will receive it on or before the applicable deadline stated above. Objections must be filed in accordance with Local Rule S.D.Ind. B-9013-1 at http://ecf.insb.uscourts.gov which requires a user account and password OR in writing (if not represented by an attorney) with the Clerk's Office at 110 U.S. Courthouse, 121 W Spring St, New Albany IN  47150, and served upon the Trustee and the Debtor or the Debtor's attorney at the address listed below. If no objection is timely filed, an order may be entered by the Court for the relief requested.

CERTIFICATE OF SERVICE

       I hereby certify that on November 15, 2023, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE     lloydkoehler@hotmail.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

       I further certify that on November 15, 2023, a copy of the TRUSTEE'S MOTION TO DISMISS and NOTICE was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

JOSHUA J ZIGLER
1439 GREENBRIAR DR
NORMAN   OK   73072-

LACY L ZIGLER
1439 GREENBRIAR DR
NORMAN   OK   73072-

                                                   /s/ Joseph M. Black, Jr.
                                                   Joseph M. Black, Jr., Trustee