UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE: JOSHUA J ZIGLER
       LACY L ZIGLER
DEBTOR                                                         CASE NO: 22-91113-AKM-13

## NOTICE OF CONSULTATION REQUIREMENT

**NOTICE IS GIVEN** that pursuant to this court's General Order 10-0001, the Debtor's attorney or the Debtor, if not represented by an attorney, is required to make contact with the Chapter 13 Trustee concerning the Objection to the Motion to Dismiss Case by December 27, 2023. **Failure to make contact may result in the dismissal of this case without further notice or hearing.**

The Chapter 13 Trustee prefers E-mail contact. Below is the contact information for that purpose:

    Trustee: Joseph M. Black, Jr.
    E-mail: jmblack.mtd@trustee13.com

Dated: December 6, 2023

                                                /s/ Joseph M. Black, Jr
                                                Joseph M. Black, Jr.,
                                                Chapter 13 Standing Trustee
                                                PO Box 846
                                                Seymour, IN 47274
                                                Phone: (812) 524-7211
                                                Fax:   (812) 523-8838
                                                E-mail: jmblack.mtd@trustee13.com

### CERTIFICATE OF NOTICE

       I hereby certify that on December 6, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

KOEHLER LAW OFFICE  lloydkoehler@hotmail.com
U.S. TRUSTEE               ustpregion10.in.ecf@usdoj.gov

       I further certify that on December 6, 2023, a copy of the foregoing document was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

JOSHUA J ZIGLER
1439 GREENBRIAR DR
NORMAN OK 73072-

LACY L ZIGLER
1439 GREENBRIAR DR
NORMAN OK 73072-

                                                /s/ Joseph M. Black, Jr.
                                                Joseph M. Black, Jr., Trustee