# Notice Recipients

District/Off: 0756–4                    User: admin                         Date Created: 1/12/2024

Case: 22–91113–AKM–13                   Form ID: sdismiss                   Total: 23

**Recipients of Notice of Electronic Filing:**

ust        U.S. Trustee         ustpregion10.in.ecf@usdoj.gov
tr         Joseph M. Black, Jr.        jmbecf@trustee13.com
aty        Lloyd Koehler        lloydkoehler@hotmail.com

                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Joshua J Zigler        1439 Greenbriar Drive        Norman, OK 73072
jdb        Lacy L Zigler        1439 Greenbriar Drive        Norman, OK 73072
16491219   ARVEST BANK        1188 N SALEM RD SUITE 12        FAYETTEVILLE, AR 72704
16489259   Account Resolution Services        Attn: Bankruptcy        Po Box 459079        Sunrise, FL 33345
16489260   Arvest Bank        PO box 1670        Lowell, AR 72745
16516740   Ashley Funding Services, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC
           29603–0587
16489261   Bob Nelson        6421 N Libby        Oklahoma City, OK 73132
16489262   Caine & Weiner        Attn: Bankruptcy        5805 Sepulveda Blvd        Sherman Oaks, CA 91411
16489263   Credit Coll        Attn: Bankruptcy        725 Canton Street        Norwood, MA 02062
16516727   Ian's Enterprise LLC        9450 SW Gemini Dr #39525        Beaverton, OR 97008–7105
16489264   Integris Baptidt Medical Center Inc        C/O Works & Lentz Inc        3030 Northwest Expressway Suite
           1300        Oklahoma City, OK 73112
16529873   LVNV Funding, LLC        Resurgent Capital Services        PO Box 10587        Greenville, SC 29603–0587
16489265   Mid Equity LLC        C/O Ians Enterprise LLC        9450 SW Gemini DR #39525        Beaverton, OR
           97008–7105
16489266   Norman Regional Health System        C/O Works & Lentz Inc        3030 Northwest Expressway Suite
           1300        Oklahoma City, OK 73112
16500610   OKLAHOMA NATURAL GAS        PO BOX 401        OKLAHOMA CITY, OK 73101–0401
16489267   Online Collections        Attn: Bankruptcy        Po Box 1489        Winterville, NC 28590
16489268   Samuel C Lee        1301 Keystone        Norman, OK 73071
16489269   Sunrise Credit Services, Inc.        Attn: Bankruptcy        260 Airport Plaza        Farmingdale, NY 11735
16489270   Tinker Federal Credit union        C/O Hall & Ludlam        210 PARK AVENUE SUITE 3001        Oklahoma
           City, OK 73102
16489271   Transworld Systems Inc        500 Virginia Drive        Suite 514        Fort Washington, PA 19034

                                                                        TOTAL: 20